**Electronically Filed
Supreme Court
SCWC-17-0000048
26-APR-2022
02:22 PM
Dkt. 5 OGAC**

SCWC-17-0000048

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MICHAEL RAY HUGHES, Petitioner/Petitioner-Appellant,

v.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000048; S.P.P. NO. 16-1-0001(1); CR. NO. 89-0225(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on March 16, 2022, by Petitioner/Petitioner-Appellant Michael Ray Hughes is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, April 26, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

